UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   08 CR 401-13 |
| | ) | Hon. Martin C. Ashman |
| JOHNNIE LAVELL YOUNG | ) | U.S. Magistrate Judge |

**PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that defendant JOHNNIE LAVELL YOUNG, has been and now is, in due form and process of law, incarcerated in the following institution:

Cook County Sheriff's Department of Corrections (Inmate No. 2008-0015010)

Your petitioner further represents unto Your Honor that the said defendant has been charged by criminal complaint in the captioned cause in the Eastern Division of the Northern District of Illinois, with violations of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2, and that he is now wanted in said division and district at 9:45 a.m. on June 23, 2008, for an initial appearance before the Honorable Martin C. Ashman, United States Magistrate Judge.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum in this behalf directed to the following persons:

TO:   UNITED STATES MARSHAL             WARDEN – Cook County Sheriff's
        Northern District of Illinois              Department of Corrections
        Chicago, Illinois                              2700 South California Ave
                                                              Chicago, Illinois 60608

commanding said persons to produce the body of the said defendant before the United States District Court for the Northern District of Illinois, Eastern Division, at said time and on said date, and that

when the said defendant is so produced pursuant to said Writ, that he be remanded to the custody of the United States Marshal until all proceedings in this case have been concluded.

                                                  Respectfully submitted,

                                                  PATRICK J. FITZGERALD
                                                  United States Attorney

By:   /s/Sharon R. Fairley
       SHARON R. FAIRLEY
       Assistant United States Attorney
       219 S. Dearborn, Third Floor
       Chicago, Illinois 60604
       (312) 353-0951

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   08 CR 401-13 |
| | ) | Hon. Martin C. Ashman |
| JOHNNIE LAVELL YOUNG | ) | U.S. Magistrate Judge |

**ORDER**

On reading the petition in this behalf presented by the United States Attorney for the Northern District of Illinois, and it appearing to the Court that defendant JOHNNIE LAVELL YOUNG has been and now is, in due form and process of law, incarcerated in the following institution:

Cook County Sheriff's Department of Corrections (Inmate No. 2008-0015010)

and that said defendant is charged by indictment in the captioned cause with violations of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2, and that said defendant should appear in this cause in the United States District Court at Chicago, Illinois at 9:45 a.m., on June 23, 2008, for an initial appearance.

IT IS THEREFORE ORDERED that the United States Marshal, Northern District of Illinois, Chicago, Illinois, and the Cook County Sheriff's Department of Corrections, 2700 South California Avenue, Chicago, Illinois, bring and cause to be brought before this Court, at said time on said date, in the United States Court House, at Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad Prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

ENTER:

_____
JUDGE MARTIN C. ASHMAN

DATED at Chicago, Illinois this
\_\_\_\_\_ day of _____, 2008.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.   08 CR 401-13 |
| | ) | Hon. Martin C. Ashman |
| JOHNNIE LAVELL YOUNG | ) | U.S. Magistrate Judge |

**WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

TO:   UNITED STATES MARSHAL            WARDEN – Cook County Sheriff's
         Northern District of Illinois                  Department of Corrections
         Chicago, Illinois                                    2700 South California Ave
                                                                       Chicago, Illinois 60608

WE COMMAND YOU that you do, at 9:45 a.m. on June 23, 2008, bring or cause to be brought before the Honorable Martin C. Ashman, United States Magistrate Judge, United States District Court for the Northern District of Illinois, Eastern Division, in the United States Court House, Chicago, Illinois, the body of JOHNNIE LAVELL YOUNG, who has been and now is, in due form and process of law, incarcerated in the following institution:

Cook County Sheriff's Department of Corrections (Inmate No. 2008-0015010)

and who is charged by indictment as a defendant in the captioned cause with violations of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2, and is wanted for an initial appearance.

FURTHER, that at the termination of all proceedings in this case before said Court, that you return said defendant to said institution under safe and secure conduct.

    AND HAVE YOU THEN AND THERE THIS WRIT.

To the Marshal of the Northern District of Illinois to execute.

|  |  |
|---|---|
| WITNESS: | The Honorable Martin C. Ashman<br>Magistrate Judge of the<br>United States District Court for the Northern<br>District of Illinois, Eastern<br>Division, this ____ day of<br>_____, 2008. |

_____
                 CLERK


_____
                DEPUTY