## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - 13 | **DATE** | 6/9/2008 |
| **CASE TITLE** | USA vs. Johnnie Lavell Young | | |

**DOCKET ENTRY TEXT**

Enter order. It is hereby ordered that the United States Marshal, Northern District of Illinois, Chicago, Illinois, and the Cook County Sheriff's Department of Corrections, 2700 South California Avenue, Chicago, Illinois, bring and cause to be brought before this court, on 6/23/2008 at 9:45 a.m., in the United States Court House, at Chicago, Illinois, the body of the said defendant, and that a writ of habeas corpus ad prosequendum, directed to said persons, so commanding them, be issued by the Clerk of this Court.

■ [ For further detail see separate order(s).]                                       Docketing to mail notices.



Writs Issued
JUN 1 0 2008

| | Courtroom Deputy Initials: | IS |
|---|---|---|