## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Martin C. Ashman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 401 - 13 | **DATE** | 6/23/2008 |
| **CASE TITLE** | USA vs. Johnnie Lavell Young | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held on 6/23/2008. Defendant appears in response to a writ of habeas corpus ad prosequendum. Defendant informed of his rights. Standish E. Willis is appointed as counsel for defendant. Government seeks detention. Detention hearing set for 6/26/2008 at 9:30 a.m. Defendant to remain in custody of the U.S. Marshal's Service pending further proceedings.

Docketing to mail notices.

00:08



| | Courtroom Deputy Initials: | IS |
|---|---|---|