# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES: [X] MAGISTRATE  [X] DISTRICT  [ ] APPEALS COURT or  [ ] OTHER PANEL (Specify below)

IN THE CASE OF: USA vs. Johnnie Young

FOR: Northern AT Illinois

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): Johnnie Lavoll Young

1. [X] Defendant – Adult
2. [ ] Defendant – Juvenile
3. [ ] Appellant
4. [ ] Probation Violator
5. [ ] Parole Violator
6. [ ] Habeas Petitioner
7. [ ] 2255 Petitioner
8. [ ] Material Witness
9. [ ] Other (Specify)

FILED 6-23-08 JUN 23 2008
MARTIN C. ASHMAN
UNITED STATES MAGISTRATE JUDGE

DOCKET NUMBERS
Magistrate: 08 CR 401-13
District Court: _____
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →): [X] Felony  [ ] Misdemeanor
21 USC 846

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? [ ] Yes  [X] No  [ ] Am Self Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment. How much did you earn per month? $ _____
- If married is your Spouse employed? [ ] Yes  [ ] No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? [ ] Yes  [ ] No
- RECEIVED: _____  SOURCES: None
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY $ _____ THE SOURCES

**CASH**
- Have you any cash on hand or money in savings or checking account [ ] Yes  [X] No  IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? [ ] Yes  [ ] No
- VALUE: No  DESCRIPTION: _____
- IF YES, GIVE THE VALUE AND $ _____ DESCRIBE IT

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: [X] SINGLE  [ ] MARRIED  [ ] WIDOWED  [ ] SEPARATED OR DIVORCED
- Total No. of Dependents: 5

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
- APARTMENT OR HOME: None
- Creditors: _____ $ _____

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): /s/ Johnnie Young