UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | No. 08 CR 401-13 |
| | Judge James B. Zagel |
| JOHNNIE LAVELL YOUNG. | |

## MEMORANDUM OPINION AND ORDER

Defendant Johnnie Lavell Young filed a motion for reduction of sentence, pursuant to 18 U.S.C. § 3582(c), seeking a reduction in his sentence on the basis of Amendment 782 to the Sentencing Guidelines, which revises the Drug Quantity Table in USSG 2D1.1 and reduce by two levels the offense level applicable to many drug trafficking offenses. This is no help to the Defendant because it does not reduce his Sentencing Guidelines range.

The career offender guideline provisions remain unaffected by Amendment 782 which revised the Drug Quantity Table. Defendant's applicable guideline range remains exactly what it was at the time of sentencing. *See United States v. Forman,* 553 F.3d 585, 589-90 (7th Cir. 2009) (no reduction because defendant was sentenced under the career offender guideline); *United States v. Griffin,* 652 F.3d 793, 803 (7th Cir. 2011) (same). Because Guideline 1B1.10 directs courts to substitute only the amendments listed in subsection (c) for the corresponding guideline provisions that were applied when the defendant was sentenced and shall leave all other guideline application decisions unaffected," relief is unavailable to Defendant under Guideline 1B1.10 pursuant to 3582(c)(2).

The Motion for Reduction of Sentence is denied.

ENTER:

*James B. Zagel*

James B. Zagel
United States District Judge

DATE: July 8, 2015

1